UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CAREY NEELY, | No. C 13-2771 MEJ |
| Plaintiff, | **STATUS ORDER** |
| v. | |
| CREDIT CONTROL, LLC, | |
| Defendant. | |

This matter is currently scheduled for a Case Management Conference on November 7, 2013. However, having reviewed Plaintiff's Supplemental Case Management Statement (Dkt. No. 8), the Court CONTINUES the conference to December 12, 2013 at 10:00 a.m. in Courtroom B, to permit the parties additional time to continue settlement negotiations. The parties shall file a joint case management statement by December 5, 2013. However, if the parties are unable to settle this matter and Plaintiff is unable to obtain Defendant's cooperation in filing a joint statement, Plaintiff shall instead file a request (by December 5) for the Clerk of Court to enter default.

**IT IS SO ORDERED.**

Dated: October 31, 2013

_____
Maria-Elena James
United States Magistrate Judge