```
 1  DELTA LAW GROUP
    A PROFESSIONAL LAW CORPORATION
 2  JIM G. PRICE, ESQ., SBN 119324
    6569 BRENTWOOD BOULEVARD
 3  P.O. BOX 1417
    BRENTWOOD, CA  94513
 4  TELEPHONE:  925-516-4686
    FACSIMILE:  925-516-4058
 5
    Attorneys for Plaintiff
 6  CAREY NEELY

 7

 8
                      UNITED STATES DISTRICT COURT
 9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
    CAREY NEELY, an individual,   ) CASE NO.: CV-13-2771-MEJ
12                                 )
            Plaintiff,             ) NOTICE OF SETTLEMENT
13                                 )
    v.                             )
14                                 )
    CREDIT CONTROL, LLC and DOES 1 )
15  through 20, inclusive,         )
                                   )
16          Defendants.            )
                                   )
17                                 )
                                   )
18  _____ )

19      NOTICE IS HEREBY GIVEN that the parties have reached a

20  settlement in the above-captioned action.  The Plaintiff will

21  file a dismissal without prejudice pursuant to Federal

22  ///

23  ///

24  ///

25
```

1 | Rule of Civil Procedure 41(a) once the settlement is fully
2 | consummated.

3 | DATED:   January 23, 2014         DELTA LAW GROUP

```
                                    /s/ Jim G. Price
                              BY:_____
                                    JIM G. PRICE
                                    Attorneys for Plaintiff
                                    CAREY NEELY
```