UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY NEELY,<br><br>        Plaintiff,<br><br>    v.<br><br>CREDIT CONTROL, LLC,<br><br>        Defendant. | Case No. 13-cv-02771-MEJ<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

Plaintiff Carey Neely has advised the Court the parties have agreed to a settlement of this case. Dkt. No. 15. Accordingly, **IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within 90 days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge